IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRIC L. RAULSTON**                                                    **PLAINTIFF**

v.                                        **No. 4:11-cv-629-DPM**

**WASTE MANAGEMENT
OF ARKANSAS, INC.**                                                     **DEFENDANT**

### ORDER

Raulston's belated demand for a jury trial, *Document No. 16*, is stricken. FED. R. CIV. P. 38(b) & (d); *see also Document No. 1*. We have been on track for a bench trial for almost a year. Waste Management has handled discovery based on that expectation. And the Court has scheduled the trial on that basis too. *Document Nos. 7–10 & 13*. Considering all the material circumstances, *Littlefield v. Fort Dodge Messenger*, 614 F.2d 581, 585 (8th Cir. 1980), Raulston has not provided sufficient reasons for making this change this late in the case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge
31 July 2012