## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CEDRIC L. RAULSTON                                                PLAINTIFF

v.                                    No. 4:11-cv-629-DPM

WASTE MANAGEMENT
OF ARKANSAS, INC.                                              DEFENDANT

### ORDER

Raulston's belated demand for a jury trial, *Document No. 16*, is stricken.

FED. R. CIV. P. 38(b) & (d); *see also Document No. 1*. We have been on track for

a bench trial for almost a year. Waste Management has handled discovery

based on that expectation. And the Court has scheduled the trial on that basis

too. *Document Nos. 7–10 & 13*. Considering all the material circumstances,

*Littlefield v. Fort Dodge Messenger*, 614 F.2d 581, 585 (8th Cir. 1980), Raulston

has not provided sufficient reasons for making this change this late in the

case.

So Ordered.

D.P. Marshall Jr.
United States District Judge
31 July 2012